# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 09-3555

Filed: April 02, 2010

BERNARD J. BUCHEIT,

      Petitioner - Appellant

v.

OVERSEAS PRIVATE INVESTMENT CORPORATION,

      Defendant - Appellee

*1:08cv2373 DAP*

## MANDATE

    Pursuant to the court's disposition that was filed 02/08/2010 the mandate for this case hereby issues today. *Affirmed*

COSTS:  None

Filing Fee .........................$
Printing ...........................$

      Total ...................$